1 | Susan St. Vincent
2 | Legal Officer
  | NATIONAL PARK SERVICE
3 | Legal Office
  | P.O. Box 517
4 | Yosemite, California  95389
  | Telephone:  (209) 372-0241
5 |
6 |
7 |              UNITED STATES DISTRICT COURT
8 |              EASTERN DISTRICT OF CALIFORNIA
9 |

UNITED STATES OF AMERICA,                 No.  6:17-mj-0028-MJS

    Plaintiff,

    v.                                    STIPULATION TO CONTINUE STATUS
                                          CONFERENCE; AND ORDER THEREON
SAMANTHA NOEL BERGLUND,

    Defendant.

IT IS HEREBY STIPULATED by and between Susan St. Vincent, the legal officer for the National Park Service, and Defendant Samantha Berglund, that the initial appearance in the above-captioned matter set for April 25, 2017 be continued to May 16, 2017 at 10:00 a.m.  The Defendant will be out of the state to attend a family graduation on April 25, 2017, and therefore requests the continuance.  The Government is in agreement with the request.

Dated:  March 24, 2017         /S/ Susan St. Vincent_____
                               Susan St. Vincent
                               Legal Officer
                               Yosemite National Park

Dated:  March 24, 2017          /S/ Samantha Berglund_____
                               Samantha Berglund
                               Defendant

1

**ORDER**

For good cause shown, the Court accepts and adopts the above Stipulation and ORDERS that the April 25, 2017, Initial Appearance in U.S. v. Berglund, 6:17-MJ-00028-MJS, is hereby continued to May 16, 2017 at 10:00 a.m.

IT IS SO ORDERED.

Dated: April 25, 2017  /s/ *Michael J. Seng*
UNITED STATES MAGISTRATE JUDGE