HEATHER E. WILLIAMS, CA SBN #122664
Federal Defender
HOPE ALLEY, CA SBN #314109
Assistant Federal Defender
Office of the Federal Defender
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561
Fax: (559) 487-5950

Attorney for Defendant
SAMANTHA BERGLUND

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 6:17-mj-00028-MJS |
| Plaintiff, | **STIPULATION TO CONTINUE; ORDER** |
| vs. | |
| SAMANTHA BERGLUND, | |
| Defendant. | |

IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel, Yosemite Legal Officer Susan St. Vincent, counsel for the plaintiff, and Assistant Federal Defender Hope Alley, counsel for Samantha Berglund, that the Court continue the November 7, 2017 hearing to December 5, 2017.

Ms. Berglund has recently moved to Stockton, California and needs a few more weeks to gather mitigating evidence. Accordingly, the parties request that the matter be continued to December 5, 2017.

//

//

//

//

//

|   |   |   |
|---|---|---|
|   |   | Respectfully submitted, |
|   |   | PHILLIP A. TALBERT<br>United States Attorney |
| Date: November 2, 2017 |   | /s/ Susan St. Vincent<br>Susan St. Vincent<br>Yosemite Legal Officer<br>Attorney for Plaintiff |
|   |   | HEATHER E. WILLIAMS<br>Federal Defender |
| Date: November 2, 2017 |   | /s/ Hope Alley<br>HOPE ALLEY<br>Assistant Federal Defender<br>Attorney for Defendant<br>SAMANTHA BERGLUND |

## **O R D E R**

The Court accepts the above Stipulation and adopts its terms as the Order of this Court. Accordingly, the November 7, 2017 hearing for Samantha Berglund, Case No. 6:17-mj-00028-MJS, is continued to December 5, 2017, at 10:00 a.m.

IT IS SO ORDERED.

Dated: November 5, 2017         /s/ *Michael J. Seng*
                               UNITED STATES MAGISTRATE JUDGE