| | |
|---|---|
| 1 | HEATHER E. WILLIAMS, CA SBN #122664<br>Federal Defender |
| 2 | HOPE ALLEY, CA SBN #314109<br>Assistant Federal Defender |
| 3 | Office of the Federal Defender<br>2300 Tulare Street, Suite 330 |
| 4 | Fresno, California 93721-2226<br>Telephone: (559) 487-5561 |
| 5 | Fax: (559) 487-5950 |
| 6 | Attorney for Defendant<br>SAMANTHA BERGLUND |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 6:17-mj-00028-MJS |
| Plaintiff, | ) | **REQUEST FOR RULE 43 WAIVER FOR PLEA AND SENTENCING AND MOTION TO RESET HEARING; ORDER** |
| vs. | ) | |
| SAMANTHA BERGLUND, | ) | Hon. Michael J. Seng |
| Defendant. | ) | Date: January 24, 2018<br>Time: 10:00 a.m. |

Pursuant to Federal Rule of Criminal Procedure 43(b)(2), Samantha Berglund, having been advised of her right to be personally present at all stages of the proceedings, hereby requests that this Court permit her to waive her right to personally appear for plea and sentencing at the January 24, 2018 hearing and that he be allowed to appear by video from the United States District Court in Sacramento, California. The Government has no objection to this request. This Court, pursuant to Rule 43(b)(2), has the authority to allow Ms. Berglund to appear by video for plea and sentencing.

Ms. Berglund currently resides in Stockton, California, where she works full time. She also has limited means to get to Yosemite National Park. Nonetheless, the parties have reached a resolution and are prepared to go forward with plea and sentencing. Ms. Berglund thus respectfully requests that the Court grant a waiver of her right to be personally present and that she be permitted to appear via video from the United States District Courthouse in Sacramento, California, for purposes of plea and sentencing. Unfortunately, the courthouse in Sacramento

cannot accommodate a video appearance on January 24, 2018, but could accommodate such an appearance on January 23, 2018. Accordingly, Ms. Berglund also requests that her hearing be rescheduled to January 23, 2018.

Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

Date: January 16, 2018          */s/ Hope Alley*
HOPE ALLEY
Assistant Federal Defender
Attorney for Defendant
SAMANTHA BERGLUND

# **O R D E R**

**GOOD CAUSE APPEARING**, defendant's request for waiver of personal appearance and to appear via video at the change-of-plea hearing in Case No. 6:17-mj-00028-MJS, is hereby accepted and adopted as the order of this Court PROVIDED that Defendant make suitable and timely arrangements to appear by video from the United States District Court in Sacramento, California and submits a fully executed written plea agreement at least 48 hours before the hearing. The Court also hereby resets Ms. Berglund's hearing to January 23, 2018 at 10 a.m.

IT IS SO ORDERED.

Dated:  January 16, 2018          */s/ Michael J. Seng*
UNITED STATES MAGISTRATE JUDGE