HEATHER E. WILLIAMS, CA SBN #122664
Federal Defender
ALYSSA MACK
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA 95814
Tel: 916-498-6666/Fax: 916-498-5710
Alyssa_mack@fd.org

Attorney for Defendant
SAMANTHA BERGLUND

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br><br>vs.<br><br>SAMANTHA BERGLUND,<br>Defendant. | Case No. 6:17-mj-28-JDP<br><br>**MOTION TO VACATE December 11, 2018 REVIEW HEARING; ORDER** |

Defendant Samantha Berglund hereby requests that the Court vacate the December 11, 2018 review hearing. The Government is in agreement with the request.

On January 23, 2018, the Court sentenced Defendant to 12 months of unsupervised probation, with the conditions that she obey all laws and advise the Court and Government within seven days of being cited or arrested for any alleged violation of law. The Court also ordered her to complete a First Offender DUI course, attend 12 AA meetings, and to pay a $600 fine.

Defendant has paid off her fine, completed her DUI course, attended 12 AA meetings, and has had no new violations of law. Accordingly, the parties request that the Court vacate the December 11, 2018 review hearing.

Date: November 20, 2018            Respectfully submitted,

                                                HEATHER E. WILLIAMS
                                                Federal Defender


                                                */s/ Alyssa Mack*
                                                ALYSSA MACK
                                                Assistant Federal Defender
                                                Attorney for Defendant
                                                SAMANTHA BERGLUND

**O R D E R**

Pursuant to the parties' request, the court vacates the December 11, 2018 review hearing for case number 6:17-mj-28-JDP.

IT IS SO ORDERED.

Dated:  November 20, 2018                              _____
                                                      UNITED STATES MAGISTRATE JUDGE